ORIGINAL
CTJ

**RECEIVED**
By TamaraEllis at 3:27 pm, Mar 30, 2020

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 30, 2020

Mr. Scott Douglas Levine
Banowsky & Levine, P.C.
12801 N. Central Expressway
Suite 1700
Dallas, TX 75243

Mr. Edwin Armstrong Price Voss Jr.
Brown & Hofmeister, L.L.P.
740 E. Campbell Road
Suite 800
Richardson, TX 75081

    No. 20-10055    Selina Ramirez, et al v. City of Arlington, Texas, et al
                            USDC No. 4:20-CV-7 -P

Dear Mr. Levine, Mr. Voss,

The briefing notice issued on 3/25/2020 has been suspended. Briefing shall resume when the supplemental electronic record on appeal is filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Mr. Thomas Dean Malone
    Ms. Karen S. Mitchell
    Mr. Bruce K. Thomas