**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**FILED**
**February 18, 2021**
**KAREN MITCHELL**
**CLERK, U.S. DISTRICT COURT**
TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 18, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-10055   Ramirez v. Guadarrama
                  USDC No. 4:20-CV-7-P

The court has granted an extension of time to and including March 8, 2021 for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.


                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

Mr. Scott Douglas Levine
Mr. Thomas Dean Malone
Ms. Karen S. Mitchell
Mr. Bruce K. Thomas
Mr. Edwin Armstrong Price Voss Jr.