IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SELINA MARIE RAMIREZ, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 4:20-cv-00007-P |
| | § |
| CITY OF ARLINGTON, et al., | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing the case (ECF No. 65):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**. Each party shall bear its own costs and fees.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **26th day** of **July, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE