UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SELINA MARIE RAMIREZ, individually and as Independent Administrator of, and on behalf of, the ESTATE OF GABRIEL EDUARDO OLIVAS and the heirs-at-law of GABRIEL EDUARDO OLIVAS, and as parent, guardian, and next friend of and for female minor S.M.O.; and GABRIEL ANTHONY OLIVAS, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ARLINGTON, TEXAS; JEREMIAS GUADARRAMA; and EBONY N. JEFFERSON,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00007-P |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Selina Marie Ramirez, individually and as Independent Administrator of, and on behalf of, the Estate of Gabriel Eduardo Olivas and the heirs-at-law of Gabriel Eduardo Olivas, and as parent, guardian, and next friend of and for female minor S.M.O.; and Gabriel Anthony Olivas, individually, the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Dismissing Case (ECF No. 65) and Final Judgment (ECF No. 66) entered in this action on July 26, 2021.

Respectfully submitted,

_____/s/ T. Dean Malone_____
T. Dean Malone
Attorney-in-charge
Texas State Bar No. 24003265
Law Offices of Dean Malone, P.C.
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:   (214) 670-9989
Telefax:       (214) 670-9904
dean@deanmalone.com

Of Counsel:

Michael T. O'Connor
Texas State Bar No. 24032922
Law Offices of Dean Malone, P.C.
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:    (214) 670-9989
Telefax:         (214) 670-9904
michael.oconnor@deanmalone.com

Kristen Leigh Homyk
Law Offices of Dean Malone
900 Jackson Street
Suite 730
Dallas, TX 75202
214-670-9989
Telefax: 214-670-9904
Email: kristen.homyk@gmail.com

/s/ Bruce K. Thomas_____
Bruce K. Thomas
Texas State Bar No. 19844300
Law Office of Bruce K. Thomas
12900 Preston Road, Ste 590
Dallas, Texas 75230
Telephone/Fax: (214)296-9650
bthomas@bthomaslaw.com

Attorneys for Plaintiffs

**PLAINTIFFS' NOTICE OF APPEAL**        Page 2 of 3

CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

    Robert Fugate
    Cynthia Withers
    City of Arlington
    City Attorney's Office
    Mail Stop #63-0300
    P.O. Box 90231
    Arlington, Texas 76004-3231
    ATTORNEYS FOR DEFENDANT
    CITY OF ARLINGTON, TEXAS

    Edwin P. Voss, Jr.
    Michael L. Martin
    Brown & Hofmeister, L.L.P.
    740 East Campbell Road, Suite 800
    Richardson, Texas 75081
    ATTORNEYS FOR DEFENDANT
    JERMIAS GUADARRAMA

    Scot D. Levine
    Baxter W. Banowsky
    Banowsky & Levine, P.C.
    12801 N. Central Expressway
    Suite 1700
    Dallas, Texas 75243
    ATTORNEYS FOR DEFENDANT
    EBONY N. JEFFERSON

                                      /s/ Bruce K. Thomas
                                        Bruce K. Thomas