UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GABRIEL ANTHONY OLIVAS, ET AL.,**

   Plaintiffs,

v.                                       No. 4:20-CV-0007-P

**CITY OF ARLINGTON TEXAS,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing the case issued on January 23, 2023, it is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with prejudice**. The Clerk shall transmit a true copy of this final judgment to the parties.

**SO ORDERED** on this **23rd day of January 2023**.

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE